JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE HAOBSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. ATTORNEY GENERAL,<br><br>　　　　　Defendant. | Case No. 2:25-cv-01679-JLS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: November 21, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOSEPINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE